UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jerry Word,

                Plaintiff(s),

v.                                     Case No. 2:16–cv–11423–LJM–APP
                                          Hon. Laurie J. Michelson
Detroit, City of,                      Magistrate Judge Anthony P. Patti

                Defendant(s).
_____

**NOTICE OF FILING FEE NOT PAID**

    Take notice that a new case has been filed that requires a filing fee and the filing fee has not been paid.*

    If the filing fee is not received by the Clerk's Office within seven calendar days of this notice, or if an application to proceed *in forma pauperis* is not electronically filed within seven calendar days of this notice, this case may be dismissed.

                                                  s/ S Osorio
                                                  Deputy Clerk

**Certification**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                                  s/ S Osorio
                                                  Deputy Clerk

Dated:  April 20, 2016

* Note:  The filing fee for this case can no longer be paid online using CM/ECF.  Payment must be hand–delivered or mailed to the United States District Court, Eastern District of Michigan Clerk's Office, 231 W. Lafayette Boulevard, Detroit, MI 48226.